**Electronically Filed
Supreme Court
SCWC-14-0000505
12-JAN-2017
03:44 PM**

SCWC-14-0000505

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

PATRICIO AQUINO, aka ROGER AQUINO,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000505; CR. NO. 12-1-0211)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, JJ., and
Circuit Judge Garibaldi, in place of Pollack, J., recused)

Petitioner/Defendant-Appellant Patricio Aquino's

application for writ of certiorari filed on November 30, 2016, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, January 12, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Colette Y. Garibaldi

